IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03952

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 245 | ledu168 |
| 538 | sea-blooms |
| 69 | Shenzhen Focalvalue Technology Co., Ltd. |
| 523 | mix21kg |
| 89 | VEQSKING Outdoors_Fans Store |
| 443 | VEQKING Joy Store |
| 445 | WANAYOU Official Store |
| 399 | Outdoors Expectation Store |
| 342 | Buying |
| 49 | Outdoor Series Store |
| 48 | Outdoor Adventure Store |
| 71 | Enjoyable Outdoor Store |
| 73 | GO Outdoors Store |

| | |
|---|---|
| 46 | Cycling fun Store |
| 72 | For Your Fun Outdoor Store |
| 74 | Have Fun everyday Store |
| 75 | Loving Outdoor Life Store |
| 70 | 24H Outdoor Online Store |
| 76 | Outdoor Club Store |
| 47 | Outdoor & Musical Store |
| 282 | youngshop |
| 417 | Shenzhen Makeway Trading Co., Ltd. |
| 30 | AllenFAM |
| 31 | Happy Factory 1 |
| 38 | Wood Handmade Cross Embroidery |
| 242 | keenwalker |

DATED:  September 8, 2020  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 8, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt