**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAMELBAK PRODUCTS, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:20-cv-03952

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 266 | sun-jewellry |
| 366 | Guangzhou Mina Bags Co., Ltd. |
| 145 | goodgoods_2017 |
| 143 | goodgoods_2013 |
| 468 | bbgames |
| 146 | growwin |
| 540 | shamu23 |
| 567 | Yushui11 |
| 450 | Xiamen Maple Supply Bags Co., Ltd. |
| 147 | toperseller88 |
| 554 | tacticalstore |
| 224 | cool-boy2014 |
| 226 | cool-girl2014 |
| 241 | junglehunter2016-3 |
| 56 | Johnny Pro Store |
| 57 | JULIO Deportes & Fitness Store |

| 58 | Shop3662064 Store |
|---|---|
| 90 | Funny of Outdoors Store |
| 247 | lijuzho_0 |
| 128 | fopfei |
| 129 | peachguo |
| 130 | pearguo |
| 133 | ajshoesstore |
| 134 | kingless |
| 137 | dragonfruit |
| 138 | huanbaoxin |
| 139 | sophine15 |
| 140 | purpurpur |
| 141 | croftte |
| 150 | duriang |
| 151 | fwuyun |
| 152 | jaokui |
| 153 | asomemistake |
| 156 | hotclutc |
| 157 | blacpink |
| 160 | getoffit |
| 163 | bking |
| 164 | chuntianmei |
| 165 | liangxiezi |
| 167 | qiutianli |
| 171 | cookki |
| 172 | lookest |
| 173 | pinkfrog |
| 174 | marigolder |
| 178 | alexandr |
| 181 | shinny33 |
| 458 | ahaheng |
| 459 | ajkobeshoes |
| 460 | ajshoesfactory |
| 462 | amoybasketballshoes |
| 464 | arrownet |

| 467 | baobucket |
|---|---|
| 469 | beachsandy |
| 470 | beasy111 |
| 471 | beibag |
| 472 | beigekar |
| 473 | bluemoodd |
| 474 | bootxie |
| 475 | bowdown |
| 476 | camelino |
| 478 | carryleft |
| 479 | caspin |
| 481 | cupbury |
| 484 | dhenana |
| 486 | diyplant |
| 487 | drdre |
| 488 | dryduck |
| 489 | edmsaiko |
| 496 | flaky |
| 498 | heheda3 |
| 506 | ipinkie |
| 510 | kaochange |
| 511 | kendymade |
| 512 | lalulala |
| 513 | leegarden |
| 516 | lookchill |
| 522 | misix |
| 524 | murie |
| 526 | orangeguo |
| 529 | paradyse |
| 531 | pinkvvv |
| 532 | pixiezi |
| 533 | portnice |
| 534 | prescott |
| 535 | qingfengxu |
| 537 | ranshu |

| 539 | serendip |
|---|---|
| 542 | shinysun |
| 543 | shuiyong |
| 545 | snappya |
| 547 | Sportparty |
| 552 | swiscafe |
| 555 | teaberry |
| 557 | universe222 |
| 559 | Wangbeiche |
| 561 | wowsky |
| 563 | xiexiezi |
| 564 | xiezizi |
| 514 | liuhui2011 |

DATED:  September 22, 2020

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 22, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
