IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMELBAK PRODUCTS, LLC, | |
| Plaintiff, | Civil Action No.: 1:20-cv-03952 |
| v. | Judge Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| **NO.** | **DEFENDANT** |
|---|---|
| 218 | avianaretailwholesale |
| 216 | aquariumworld1106 |
| 273 | trendysoftworld |
| 271 | toywhole65 |
| 385 | Liberating Outdoor Store |
| 79 | KoKossi Outdoor Sporting Store |
| 78 | AOLIFE Sporting Store |
| 443 | VEQKING Joy Store |
| 440 | Traveling World Store |
| 99 | Tourism Secret Store |
| 98 | Happiness Travel Store |
| 387 | LK-Shopping Store |
| 352 | Dream outdoor Store |
| 435 | Supering Online Store |
| 297 | Lan mao zi shi pin |
| 32 | IntotheUn |
| 308 | vivian_shop |

DATED:  September 28, 2020   Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 28, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt