**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAMELBAK PRODUCTS, LLC,

      Plaintiff,                                 Civil Action No.: 1:20-cv-03952

v.                                           Judge Rebecca R. Pallmeyer

THE PARTNERSHIPS AND UNINCORPORATED       Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**NOTICE OF DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 479 | Caspink |
| 156 | hotclutch |

DATED:  October 2, 2020            Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt (Bar No. 6207971)
                                     Keith Vogt, Ltd.
                                     111 West Jackson Boulevard, Suite 1700
                                     Chicago, Illinois 60604
                                     Telephone: 312-675-6079
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 2, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt