**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAMELBAK PRODUCTS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-03952

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 330 | A bay E Store |
| 305 | queenation |
| 286 | beautifu1 |
| 295 | guojunjhgIG |
| 287 | Boutique520 |
| 311 | WildLion |
| 301 | NANzhengca01264 |
| 312 | xiangtanhe |
| 291 | dream zakka |
| 28 | monsterlady |
| 45 | xiannvhomeland |
| 284 | Ananssin |
| 288 | chuanxiaosan89745 |
| 293 | Eucalyptusseed717 |
| 294 | fillup |
| 298 | littlefairy520 |
| 299 | lovelyperson1807 |
| 316 | zongshixiaopu |
| 392 | NICEMAN Store |
| 272 | tradingwelldo |

| | |
|---|---|
| 246 | liangzhiwen361_7 |
| 264 | sikenew |
| 280 | ymvon |
| 314 | YOOthON56 |
| 289 | DancMonk |
| 8 | ezbuy111 |
| 9 | hiteche |
| 228 | espaceship |
| 265 | sofastshop |
| 275 | us-enjoy |
| 252 | lycheejewelry |

DATED: October 12, 2020

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 12, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt