# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03952

Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Plaintiff, CAMELBAK PRODUCTS, LLC, hereby files this Notice of Voluntary Dismissal as to any remaining Defendants that have not been subject to a prior Order entered by the Court, including any consent judgment order, final judgment order, or a prior dismissal entered by the Court. All such Defendants are hereby dismissed without prejudice.

This terminates the action.

DATED: October 15, 2020

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 15, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
