**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAMELBAK PRODUCTS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Civil Action No.: 1:20-cv-03952

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

# SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 30, 2020 [41] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 51 | Enter GYM world Store |
| 52 | Outside Christin Store |
| 53 | Shop5106100 Store |
| 104 | 2019 Fun Outdoor Store |
| 116 | Cftr Store |
| 121 | 999 outdoor Store |
| 338 | Beside Jungle Store |
| 344 | Cheaper&Higher&Faster Outdoor Store |
| 347 | Confident Life Store |
| 348 | Convenient outdoor Store |
| 356 | Faster&Higher&Stronger Store |
| 390 | Mmoving Store |
| 426 | Shop5096018 Store |
| 427 | Shop5107094 Store |
| 428 | Shop5190058 Store |
| 448 | Wu feng sportt Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: November 20, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 20 day of November, 2026.

Given under by hand and notarial seal.

Griselda Delgado
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

Official Seal
GRISELDA DELGADO
Notary Public, State of Illinois
Commission No. 805332
My Commission Expires October 14, 2030